UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Power Concepts, LLC,  )<br>  )<br>           Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PowerSecure, Inc. & EfficientLights,  )<br>LLC,  )<br>  )<br>           Defendant.  )<br>_____ ) | C/A No.: 8:14-cv-00351-GRA<br><br>**ORDER**<br>(Written Opinion) |

The Parties in their Joint Rule 26(f) Report have requested that the Court rule on the Defendant's June 2, 2014 Motion to Dismiss Plaintiff's Amended Complaint or, in the Alternative, Motion to Stay Proceedings, ECF No. 32, "before further scheduling and discovery in this case is addressed," ECF No. 34. "The Parties also request that they be excused from the requirements" of Federal Rule of Civil Procedure 26(a)(1) and Local Civil Rule 26.03 DSC until the Court rules on the pending Motion. ECF No. 34. This Court finds that the previously issued Conference and Scheduling Order, ECF No. 21, is appropriate for this case at this time, and declines to suspend discovery in this case.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

June  11 , 2014
Anderson, South Carolina